UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| PASA AVDIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO.  CV-06-0044-CI |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | **JUDGMENT IN A** |
| Commissioner of Social Security, | ) | **CIVIL CASE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. This matter is remanded for payment of an immediate award of benefits.

DATED this 18th  day of   January, 2007.

JAMES R. LARSEN

District Court Executive/Clerk


by: _____

Linda Emerson,  Deputy Clerk

cc: all counsel